## SECOND DEPARTMENT, JANUARY, 1948.
### (January 12, 1948.)

ATLANTIC & PACIFIC PACKING CO., INC., Respondent, v. ISIDORE WEINSTEIN, Doing Business as WEINSTEIN'S FOOD STORES, Appellant.— The motion for reargument of the motion to reargue (*ante*, p. 785) the appeal will be deemed a motion to reopen plaintiff's default in serving an amended complaint within the time allowed by the order of this court entered November 25, 1947 (272 App. Div. 1073). The motion is granted and plaintiff's time to serve an amended complaint is extended until ten days after the entry of the order hereon, on condition that within said ten days plaintiff pay to defendant $30 costs; otherwise the motion is denied, with $10 costs. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

ALICE W. BARNUM et al., Respondents, v. MINNIE ROME et al., Defendants, and JOHN E. DE BAUN, as Building Inspector of the Town of Ramapo, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *ante*, p. 774.]

LOUIS B. DAILEY, Respondent, v. RALCO CONSTRUCTION CORP., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *ante*, p. 775.]

In the Matter of the Application of ALEXANDER I. KLORES, Admitted as ALEXANDER KLORES, a Suspended Attorney, for Readmission to the Bar.— Motion for reinstatement to practice as an attorney and counselor at law granted. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

EVERETT J. KONZ, Plaintiff, v. THEODORE BEDELL, JR., as Comptroller of Nassau County, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *ante*, p. 777.]

KATHLEEN PHILLIPS, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *ante*, p. 783.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE M. BROWNE, Appellant.— Motion for reargument denied. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See 272 App. Div. 1061.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. C. ERIL LE TANG, Appellant.— Motion for stay denied. Motion to dismiss appeal from order denying defendant's motion for a certificate that it is reasonable that the charge herein be prosecuted by indictment (N. Y. City Crim. Cts. Act, § 31, subd. 1, par. [c]), granted and appeal dismissed. The order is not appealable. (*People* v. *Mascola*, 174 App. Div. 360.) Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.